**Order filed January 9, 2014**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00981-CV
_____

## O.C.T.G., L.L.P AND SOJOURN PARTNERS, L.L.C., Appellants

## V.

## LAGUNA TUBULAR PRODUCTS CORPORATION AND LTP REAL ESTATE, LLC F/K/A LTD REAL ESTATE, INC., Appellees

**On Appeal from the 190th District Court
Harris County, Texas
Trial Court Cause No. 2013-44749**

## ORDER

Appellees have filed an emergency motion seeking enforcement of a temporary injunction signed October 15, 2013. A response was requested but before it was filed appellants filed their own motion, seeking review of the trial court's refusal to stay the injunction. Both parties have now filed responses to their opponents' motions.

Upon review of the motions and responses, we grant appellees' motion and deny appellants' motion without prejudice to refiling. We refer the enforcement proceeding to the trial court to (a) hear evidence and grant appropriate relief or (b) make findings and recommendations and report them to this court. *See* Tex. R. App. P. 29.4. If a hearing is held, the judge of the 190th District Court shall see that a record of the hearing is made and shall order the trial clerk to forward a transcribed record of the hearing and a supplemental clerk's record containing any additional order(s). Otherwise, the judge of the 190th District Court shall make findings and recommendations and shall order the trial clerk to forward a supplemental clerk's record containing those findings and recommendations. The record(s) shall be filed with the clerk of this clerk within thirty (30) days of the date of this order.

PER CURIAM

Panel consists of Justices McCally, Busby and Donovan.